UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CUSTODIO GONZALES, individually and on behalf of others similarly situated,

                Plaintiff,

against

SANTIAGO QUEZADA, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 9201 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The parties were ordered to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan by Tuesday, December 31, 2019. (ECF No. 10). The parties are **ORDERED** to file Report of Rule 26(f) by **Friday, January 3, 2020**, including an explanation for their failure to comply with the Court's prior order.

Dated:     New York, New York
            January 2, 2020

                                        SO ORDERED

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**