UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CUSTODIO GONZALES, *Individually and on behalf of others similarly situated,*

                            **Plaintiff**

    v.

Index 19-cv-9201-JPO-SLC

STIPULATION OF
DISCONTINUANCE
WITHOUT
PREJUDICE

SANTIAGO QUEZADA, CELIA QUEZADA
Individually, EL TINA FISH MARKET, CORP.
and 207TH STREET LINA RESTAURANT, INC.

                            **Defendants.**
-----------------------------------------------------------------x

IT IS HEREBY STUPLATED AND AGREED, by and between the parties or the undersigned counsel for the respective parties, that this action shall be DISCONTINUED WITHOUT PREJUDICE and with each party bearing its own costs and attorneys fees.

Dated: ~~July~~ 8/17 2020
New York, New York

| THE KLEIN LAW GROUP PC | ARGILIO RODRIGUEZ ESQ. |
|---|---|
| _____ | _____ |
| Darren P.B. Rumack, ESQ. | Argilio Rodriguez, Esq. |
| 39 Broadway, Suite 1530 | 350 Fifth Ave, Suite 5909 |
| New York, NY 10006 | New York, NY 10118 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

The Clerk is directed to close this case.

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

August 18, 2020